No. 10–7349. MISSOURI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7447. WENMOTH v. DUNCAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–7526. HRCKA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7831. RHOADES ET AL. v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 10–8119. JOHNSON v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8121. STATON v. INDIANA ADULT PROTECTIVE SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8124. MILLER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–8127. HUDSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 10–8133. DAVIS v. BANK OF NEW YORK. Sup. Ct. Ill. Certiorari denied.

No. 10–8139. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8140. DUBOSE v. PATTERSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8141. COMBER v. WOLFE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8144. RODRIGUEZ v. BARONE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FOREST, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8149. RIDEAU v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8152. DOUGLAS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.